PHILLIP A. TALBERT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00033 SAB |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR DISMISSAL OF COMPLAINT, AND ORDER THEREON. |
| v. | |
| KEARNEY C. WHELAN-ROBINSON, PAUL D. PICKLESIMER, AND DAMAYANTI VALLE, | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Complaint filed in the above-entitled case against the above-named defendants. New information has come to light since the filing of the Complaint that casts serious doubt on whether the elements of the charged offense of Knowingly Entering a Restricted Area Without Lawful Authority, in violation of 18 U.S.C. § 1752(a)(1), can be proven beyond a reasonable doubt. Accordingly, the government respectfully requests that the Court issue the appended order dismissing the Complaint.

Dated: June 29, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ DAWRENCE W. RICE, JR.
DAWRENCE W. RICE, JR.
Assistant United States Attorney

///

ORDER

IT IS ORDERED that the Complaint in 1:17-MJ-00033 SAB against defendants KEARNEY C. WHELAN-ROBINSON, PAUL D. PICKLESIMER, and DAMAYANTI VALLE is dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 29, 2017**

_____
UNITED STATES MAGISTRATE JUDGE